**Dismissed and Memorandum Opinion filed July 12, 2022.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-22-00138-CV

---

**JONATHAN HENRY, Appellant**

**V.**

**LASHON HENRY, Appellee**

---

**On Appeal from the 245th District Court
Harris County, Texas
Trial Court Cause No. 2020-28372**

---

## MEMORANDUM OPINION

This appeal is from a final decree of divorce signed January 10, 2022. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On May 10, 2022, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court

with proof of payment. *See* Tex. R. App. P. 37.3(b). No response was filed. On June 2, 2022, appellant was ordered to provide this court with proof of payment for the record on or before June 17, 2022. *See* Tex. R. App. P. 35.3(c). In the order, the court notified appellant that failure to comply with the court's order would subject the appeal to dismissal without further notice. *See* Tex. R. App. P. 37.3(b). No response was filed.

Appellant has not provided this court with proof of payment for the record. We dismiss the appeal.


PER CURIAM


Panel consists of Justice Bourliot, Hassan, and Wilson.